# ALABAMA COURT OF CRIMINAL APPEALS



November 8, 2024

**CR-2023-0628**

Bobbie Jean Taylor v. State of Alabama (Appeal from Lawrence Circuit Court: CC-16-158.60, CC-16-159.60, CC-16-168.60, CC-16-169.60, CC-16-170.60, and CC-16-171.60)

## <u>NOTICE</u>

You are hereby notified that on November 8, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk